# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR,<br><br>        Plaintiff,<br><br>        v.<br><br>COLLIER, et al.,<br><br>        Defendants. | CASE NO. 1:21-cv-01533-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACITON WITHOUT PREJUDICE**<br><br>(Doc. Nos. 2 & 3) |

Plaintiff Sammy R. Quair is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On October 22, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) be denied because Plaintiff has accrued three "strike" dismissals under 28 U.S.C. § 1915(g) and fails to show that he is in imminent danger of serious physical injury. Doc. No. 3. The magistrate judge provided Plaintiff fourteen days to file objections to the findings and recommendations. Id. at 2. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (Doc. No. 3) issued on October 22, 2021, are

ADOPTED in full;

2. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is DENIED;

3. This action is DISMISSED without prejudice to refiling upon prepayment of the filing fee; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: November 28, 2021

SENIOR DISTRICT JUDGE